IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIO MARIN JORDAN

        Petitioner,

  v.

ALBERTO GONZALEZ, Attorney General of the United States, et al.,

        Respondents.

No. C 07-3566 PJH

**ORDER TO SHOW CAUSE**

      Lucio Marin-Jordan's ("Petitioner") Petition for Writ of Mandamus was filed on July 10, 2007. The petitioner seeks a writ of mandamus on the basis that on April 24, 2006, he filed an application I-485 with the United States Department of Homeland Security's Citizenship and Immigration Service (the "Service") based upon an I-130 filed on his behalf by his spouse in 1997, but has not received any correspondence from the Service despite his efforts to contact them. Petitioner claims that he has executed the requirements necessary for adjudication of his requested adjustment of status application, that his application was filed over a year ago, and that he has no other adequate remedy, and therefore seeks a writ of mandamus compelling respondents to schedule him with a decision within 30 days.

      Preliminarily, the court notes that, although a proof of service is attached to the filed paper copy of the writ of mandamus, that proof of service is not dated, and petitioner has not yet e-filed a copy with the court. Nor has petitioner e-filed a copy of the exhibits attached to his petition. Accordingly, plaintiff is hereby ORDERED to e-file a dated proof of service and the exhibits within 5 days of the date of this order.

      The court further ORDERS the government to show cause regarding why the court should not remand the matter with instructions to the Service to determine the matter and

issue a decision. The show cause hearing will be held on **September 26, 2007**, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The government is further ORDERED to file and serve any opposition no later than September 5, 2007. Plaintiff shall file and serve any reply to defendants' opposition no later than September 12, 2007.

**IT IS SO ORDERED.**

Dated: August 16, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2