IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIO MARIN JORDAN

        Petitioner,

    v.

ALBERTO GONZALEZ, Attorney General of the United States, et al.,

        Respondents.
        _____/

No. C 07-3566 PJH

**ORDER**

    It is hereby ORDERED that petitioner shall serve a copy of this Court's August 16, 2007 Order to Show Cause upon respondent within five days and immediately e-file the proof of service. It is FURTHER ORDERED that if petitioner, despite having filed an undated proof of service, has not yet served a copy of its petition for writ of mandamus on the government, it shall do so within five days and e-file the proof of service.

**IT IS SO ORDERED.**

Dated: August 16, 2007

                                            PHYLLIS J. HAMILTON
                                            United States District Judge