**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** September 26, 2007　　　　　　　　**JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3566 PJH

**Case Name:** Lucio Marin Jordan v. Alberto Gonzalez, et al.

**Attorney(s) for Plaintiff:**　　　No appearance
**Attorney(s) for Defendant:**

**Deputy Clerk:** Nichole Heuerman　　　　**Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Order to Show Cause Hearing-Not Held.  Plaintiff does not appear in court.

**Order to be prepared by:**　 [] Pl [] Def  [x] Court

**Notes:**

**cc:** file