IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIO MARIN JORDAN,

Petitioner,

v.

ALBERTO GONZALEZ, Attorney General of the United States, et al.,

Respondents.
                                                               /

No.  C 07-3566 PJH

**ORDER TO SHOW CAUSE**

In an order to show cause ("OSC") filed on August 16, 2007, petitioner was ordered to e-file both a copy of his proof of service of his Petition for Writ of Mandamus on the government and a copy of the exhibits attached to petition within 5 days. Although a copy of a proof of service was attached to the petition, it was undated and was not e-filed. Additionally the court ordered respondent to show cause why the writ should not be granted, set a briefing schedule, and scheduled the hearing for September 26, 2007, at 9:00 a.m. In a separate order filed on August 16, 2007, petitioner was ordered to serve a copy of the OSC on respondent and to file proof of service of doing so within 5 days.

To date, petitioner has not complied with either of these orders. Nor has respondent responded to the petitioner, which leaves the court to speculate as to whether respondent has even been served. Neither party appeared at the hearing on September 26, 2007.

Accordingly, the court hereby orders petitioner to show cause why the petition should not be dismissed for failure to serve respondent and for failure to comply with this

1  court's orders.  The hearing will be held on October 17, 2007, at 9:00 a.m.  If petitioner fails
2  to appear, the petition will be dismissed.
3  **IT IS SO ORDERED.**
4  Dated: September 26, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge