1  LAW OFFICE OF RICCI & SPROULS
   Attorneys at Law
2  445 Washington Street
   San Francisco, California 94111
3  (415) 391 2100
   FAX (415) 391 4678
4  FRANK P. SPROULS State Bar #166019
   Attorney for Petitioner
5

6                  UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10 | LUCIO MARIN-JORDAN                    | Proof of Service on US |
   | Petitioner/Appellant                  |                        |
11 |                                       | Attorney               |
   | v.                                    |                        |
12 | ALBERTO GONZALEZ,                     | C-07-3566 PJH          |
   | ATTORNEY GENERAL OF THE UNITED        |                        |
13 | STATES AND                            | Date:10/ 17, 2007      |
   | David Still,                          |                        |
14 | Acting District Director, San         | Time:9:00              |
   | Francisco Office, U.S.                |                        |
15 | IMMIGRATION AND NATURALIZATION        | Dep't:                 |
   | SERVICE                               |                        |
16 | Respondent.                           |                        |

17

18

19

20      Please find proof of Service on the US attorney. I have

21 also spoken with their office regarding this matter.

22 Dated: 10-10  2007

23

24              [signature]

25  Frank P. Sprouls


   Proof of Service, Jordan v. Gonzalez, 07-3566 PJH                    1

**PROOF OF SERVICE –**
**Case name   - Jordan V. Gonzalez**

I, William Sprouls, the undersigned do hereby declare and affirm as follows;

I am employed at the law Office of Ricci and Sprouls at 445 Washington Street, San Francisco, CA and I am not a party to this action.

That on 10/10/07_

Proof of Service

----x-----Regular mail
___ ____E- File

--- --- Personal Delivery To: _____

__x____US ATTORNEYS OFFICE
CIVIL DIVISION
450 Golden Gate
SAN Francisco, CA

__
DAVID STILL
DISTRICT DIRECTOR INS
630 SANSOME STREET
SAN FRANCISCO, CA 94111

Dated___10-10_____ 2007
_____
WILLIAM SPROULS