1  LAW OFFICE OF RICCI & SPROULS
   Attorneys at Law
2  445 Washington Street
   San Francisco, California 94111
3  (415) 391 2100
   FAX (415) 391 4678
4  FRANK P. SPROULS State Bar #166019
   Attorney for Petitioner
5

6                UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10 LUCIO MARIN-JORDAN                  **Response to Order to Show**
   Petitioner/Appellant
11                                     **Cause**
   v.
12 ALBERTO GONZALEZ,                   C-07-3566 PJH
   ATTORNEY GENERAL OF THE UNITED
13 STATES AND                          Date:10/ 17, 2007
   David Still,
14 Acting District Director, San       Time: 9:00
   Francisco Office, U.S.
15 IMMIGRATION AND NATURALIZATION
   SERVICE
16 Respondent.

17

18

19

20     At the outset, counsel would like to state that it is a

21 privilege and an honor to appear before the District Court and I

22 would like to sincerely and conscientiously apologize for causing

23 any inconvenience to the Court.

24

25

Response to OSC, Jordan v. Gonzalez, 07-3566 PJH                      1

I would like to explain the "perfect-storm" confluence of events that led to this anomalous situation where I did not respond to a briefing schedule and did not attend a hearing.

Please find as Exhibit A, a declaration of counsel that sets forth the factors that led to this state of affairs.

As is set forth in the declaration, we lost our domain page and our E-mail was down at the time of 08/16/07 order.

I am sure that there was a failure of delivery as we did not have an E-Mail service at that time.

We simply did not receive the 08/16/07 Order setting the briefing schedule and the hearing date.

This is buttressed by a declaration from my litigation assistant. (Exhibit B)

Indeed, I was out of the office on vacation from September 24 to October 8th and I can unequivocally state that I would not have flouted a Court hearing if I had notice. (Exhibit C)

It is also clear that the US Attorney was not served and this is pure ministerial error and I humbly and respectfully apologize to the Court. (Exhibit A – declaration of Counsel)

I have served and spoken with the US attorney's office. (Exhibit D)

I have a very convivial and processional relationship with that office and I am hoping that they will not oppose setting a new briefing schedule and a new hearing date. The case has not yet

Response to OSC, Jordan v. Gonzalez, 07-3566 PJH                              2

been assigned to an attorney and if they so agree, I will file a motion under separate cover.

I am mortified beyond words at the confluence of events that have led to this OSC and I would again apologize.

The Petitioner here is blameless and he is simply seeking adjudication of the duly filed application that his wife has filed on his behalf.

In solicitude of the Petitioner, I would respectfully ask the Court to consider the above and to allow the writ to proceed.

I would again apologize.

Dated: 10-10 2007

_____
Frank P. Sprouls

# EXHIBIT A

**PERSONAL DECLARATION**

At the outset, counsel would like to state that it is a privilege and an honor to appear before the District Court and I would like to sincerely and conscientiously apologize for causing any inconvenience to the Court.

I would like to explain the "perfect-storm" confluence of events that led to this anomalous situation where I did not respond to a briefing schedule and did not attend a hearing.

As an introductory matter, I am an immigration law practitioner and thoroughly devoted to the clients and their families as family unity is the animating principle of Immigration law and that is the precise reason we filed the instant writ for the Petitioner.

Counsel is admitted to practice law before the courts of the State of California, the Northern District of the United States District Court, the Southern District of the United States District Court, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals and the Fifth Circuit Court of Appeals.

I am the attorney of record in the following published cases before the Ninth Circuit. Padash v. INS, 358 F.3d. 1161 (9th Cir. 2004); Alvarez-Santos v. INS 332 F.3d. 1245 (9th Cir. 2003); Isabel de Martinez v. Ashcroft, I, 363 F.3d. 1022

1

(9th Cir. 2004); Isabel de Martinez v. Ashcroft, II, 374 F.3d. 759 (9th Cir. 2004) and Alvarenga-Villalobos v. Ashcroft, 271 F.3d. 1169 (9th Cir. 2001)

I am the attorney of record in a criminal post-conviction matter in the California Court of Appeals in People v. Castaneda, 37 Cal. App. 4th 1612

In addition, I regularly file these types of writs of mandamus and writs of habeas corpus in Federal District Court to compel Agency action and to challenge the constitutionality of the actions of the Government or the Agency's interpretation of the immigration statute.

Finally, a regular part of my practice involves post-conviction work in the criminal courts to vindicate the right of alien clients.

I have had had the convictions of Residents overturned, altered or amended in approximately 26 cases.

In each of those cases the alien's original conviction was classified as an aggravated felony and the defendants were facing mandatory removal and permanent banishment.

In each of these cases, the aliens are presently enjoying their liberty as Lawful Residents and they have avoided the punishment of permanent removal from the United States.

2

All of this is not an exercise in aggrandizement but only to illustrate that this is a truly anomalous situation and that there is no pattern or practice of the actions involved in this case in the running of this office.

Please allow me to explain.

We filed the Writ in July. My usual courier, Craig Leesham, was in the hospital and he recommended a friend of his who could serve legal documents while he convalesced.

It is my distinct impression that he was instructed to serve the US attorney and it was my impression that he did.

He clearly failed to serve the US attorney as they are a highly professional office and they would have responded to the OSC if they had been served.

Next and here is the "perfect storm" – this Court issued the OSC directing the US attorney to respond and the Court set a concomitant hearing date on 08/16/07.

At that time, we had no E-mail function because we lost our domain page based on a failure to renew our license. Our domain age was purchased by another party and we did not have E-mail from approximately mid June until late August.

After we obtained a new domain and web-site, we were informed that we could retrieve any e-mails that were sent

3

during the time that we were without E-Mail; however that clearly did not happen.

The very first time that our office learned of the 08/16/07 Order and the September 26, 07 hearing was when we received the September 26, 07 Order to Show Cause.

I can unequivocally state I did not blithely fail to appear before the Court.

Indeed, I was out of the office on my yearly vacation from September 24, 07 until October 8.

My first day back in the office was 09/09/07.

I can assure this Court I would not have scheduled a vacation if I knew I had federal Court hearing during that period of time.

In retrospect, given that we had a number of federal actions pending, the moment we knew that we had lost our E-Mail, we should have more closely monitored all of those pending cases.

I sincerely apologize to the Court for that failure.

I have served the US Attorney and I have spoken to them and I have asked if they would not oppose re-setting the briefing schedule and setting a new hearing date.

Indeed, I have spoken to them to see if they could simply contact the Agency and try to persuade them to simply adjudicate the petition.

4

This is, in fact, the usual procedure. I have filed at least 30 of these types of writs and they have never once proceeded to hearing because we never file the writ unless and until the Government's actions are so dilatory that no credible defense can be made by the Government.

What then happens, the US attorney speaks to their client, the matter is adjudicated and we then dismiss the writ.

It is my sincere hope that we can reach a similar accommodation in thus case.

My client, Mr. Jordan, is, of course, completely blameless in this matter and I would beseech the Court to allow the case to go forward.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 10-10 - 2007

_____
Frank P. Sprouls

5

# EXHIBIT B

I, Sara Izadpanah, declare as follows:

That I am a litigation liaison to Mr. Frank Sprouls of Ricci Sprouls PC, and that I assisted him in preparation of the filing of the Writ of Mandamus for the petitioner, Lucio Marin-Jordan.

After this motion was filed with the District Court, unfortunately, we were not informed by the server that he had failed to serve a copy on government counsel.

Furthermore, both Mr. Sprouls and I, normally receive e-mail notifications regarding motions with the District Court. However, I can attest that we never received any notice until September 26, 2007. Neither Mr. Sprouls, nor I, were aware of the response to the Order to Show Cause scheduled for September 5, 2007, or the scheduled hearing on September 26, 2007. The first notice that I received regarding the appearance scheduled for the 26th was actually on September 26, 2007 with the filing of the new Order to Show Cause.

I can further attest that approximately since June 11, 2007 to late-August, our office did not have any access to email due to the loss of our domain page. We were not aware of the loss of email until early July. At that time, we contacted our computer technician who had moved to the mid-west, to fly out and regain our domain server and re-install our email. Our technician was able to repurchase our domain server and to re-install our email access after a few weeks of flying back and forth. Once the email server was up, no new messages appeared from the time that the server had gone down.

I have spoken with our computer technician and he informs that the emails are only saved for a short period of time, and that once the server goes down, all memory is lost. I believe this is why we never received the prior email for Order to Show Cause e-filed in August.

SIGNED: _____    DATED: October 10, 2007

# EXHIBIT C

**/o=Hosting/ou=US/cn=Recipients/cn=e207339484**

**From:** Continental Airlines, Inc. [continentalairlines@continental.com]
**Sent:** Wednesday, July 25, 2007 5:25 PM
**To:** Rochelle Franson
**Subject:** continental.com Flight Confirmation for your trip to New Orleans, LA (MSY)

To ensure delivery of this e-mail please add **ContinentalAirlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

# Continental Airlines

Wed., Jul. 25, 2007

continental.com    Specials    Make Reservations    Earn OnePass Miles    My Account

## Flight Purchase Confirmation

Dear Frank Sprouls,

Thank you for booking your travel on continental.com. Your flight purchase is confirmed. Your eTicket Itinerary and Receipt be sent separately.

## Travel Summary

**Confirmation Number:** CD657Z

To view complete details of your reservation, visit **Manage Reservations**.

- CO 1536 - San Francisco, CA (SFO) to Houston, TX (IAH - Intercontinental) on Mon., Sep. 24, 2007
- CO 5 - Houston, TX (IAH - Intercontinental) to New Orleans, LA (MSY) on Mon., Sep. 24, 2007
- CO 522 - New Orleans, LA (MSY) to Houston, TX (IAH - Intercontinental) on Fri., Sep. 28, 2007
- CO 206 - Houston, TX (IAH - Intercontinental) to Tampa/St. Petersburg, FL (TPA) on Fri., Sep. 28, 2007
- CO 9176 - Tampa/St. Petersburg, FL (TPA) to Miami, FL (MIA) on Mon., Oct. 1, 2007
- CO 391 - Miami, FL (MIA) to Houston, TX (IAH - Intercontinental) on Sun., Oct. 7, 2007
- CO 307 - Houston, TX (IAH - Intercontinental) to San Francisco, CA (SFO) on Sun., Oct. 7, 2007

| Manage Reservations |

**Reserve a Rental Car**
Save up to $20 and earn up to 1,000 OnePass Miles with Hertz.
● Reserve Now

**Additional Trip Planning Tools**
Baggage Policies
View current baggage acceptance allowances.

**Not a OnePass Member?**
Join OnePass today and earn 6,521 miles upon completion of this itinerary

# EXHIBIT D

Case 3:07-cv-03566-PJH   Document 8   Filed 10/10/2007   Page 14 of 16

**RICCI SPROULS PC**
**Attorneys at Law**
**445 Washington Street**
**San Francisco, CA 94111**
**Telephone (415) 391-2100**
**Fax (415) 391-4678**

F/Ce

10/09/2007
TO: TIFFANI Chu
US Attorney's Office
Re: Lucio Marin Jordan- Case# c-07-3566 PJH

Per our phone conversation of today, please find enclosed a Writ of Mandamus and an Order to Show Cause alleging that I failed to serve you guys.

It is clear that we **did** not serve your office. There is a "perfect storm" quality that explains this mess.

Please allow me to explain and apologize.

We filed the Writ in July. My usual courier, Craig Leesham, was in the hospital and he recommended a friend of his who could serve legal documents while he convalesced.

He apparently failed to serve you guys.

Next, the Judge issued an Order to Show Cause and set a hearing for September 26, 07.

At the time of the Judge's order, our entire computer system was down including the E-Mail and thus we never received the Judge's order and thus we never filed a brief and thus we did not appear at the September 26th hearing.

There is a hearing on the OSC set for October 17, 07. I believe that it is set only for the issue of dismissing the case based on the failure to serve your office and failing to respond to the Briefing schedule and failing to appear for the September 26th hearing.

I was hoping that we could come to an agreement vacating the hearing and putting the matter back on track - with my sincere apologies.

Please call me at your earliest convenience.

Sincerely,

Frank P. Sprouls

**PROOF OF SERVICE –**
**Case name   - Jordan V. Gonzalez**

I, William Sprouls, the undersigned do hereby declare and affirm as follows;

I am employed at the law Office of Ricci and Sprouls at 445 Washington Street, San Francisco, CA and I am not a party to this action.

That on 10/10/07_

Response to OSC
----x-----Regular mail
___ ____E- File

--- --- Personal Delivery To: _____

__x____ US ATTORNEYS OFFICE
CIVIL DIVISION
450 Golden Gate
SAN Francisco, CA

___
DAVID STILL
DISTRICT DIRECTOR INS
630 SANSOME STREET
SAN FRANCISCO, CA 94111

Dated____10-10_____ 2007
_____
WILLIAM SPROULS