UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** October 17, 2007          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3566 PJH

**Case Name:** Lucio Marin Jordan v. Alberto Gonzalez, et al.

**Attorney(s) for Plaintiff:**     Frank Sprouls
**Attorney(s) for Defendant:**    No appearance

**Deputy Clerk**: Nichole Heuerman      **Court Reporter**: Jim Yeomans

**PROCEEDINGS**

    Order to Show Cause Hearing-Held. The court discharges the order to show cause. The court reminds counsel that he needs to comply with all local rules and standing orders of this court. Counsel's motion to reinstate the briefing schedule is denied at this time. Once the government answers the complaint the parties shall submit a stipulation regarding the briefing schedule to the court.

**Order to be prepared by:**    [] Pl  [] Def  [x] Court

**Notes:**

**cc:** file