UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES**

**Date:** October 17, 2007                                          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3566 PJH

**Case Name:** Lucio Marin Jordan v. Alberto Gonzalez, et al.

**Attorney(s) for Plaintiff:**        Frank Sprouls
**Attorney(s) for Defendant:**     No appearance

**Deputy Clerk:** Nichole Heuerman             **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Order to Show Cause Hearing-Held. The court discharges the order to show cause. The court reminds counsel that compliance with all local rules and standing orders of this court will be required or motion will be dismissed. Counsel's motion to reinstate the briefing schedule is denied at this time. Once respondent has answered the parties shall submit a stipulated briefing schedule for cross motions for summary judgment.

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file